

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00165-CV

William J. Norberg Jr., M.D., et al.
v.
Alexis Ameel, Pieter Ameel, and Acacia Ameel

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Cause No. C-2108-17-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART and REVERSED IN PART, and the case should be REMANDED to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 19, 2019